Wolfe *v.* The Evansville and Terre Haute Railroad Company.

reply and to the fifth paragraph of the answer to the cross-complaint.

Filed Jan. 12, 1894.

———————◆———————

No. 16,573.

WOLFE *v.* THE EVANSVILLE AND TERRE HAUTE RAIL-
ROAD COMPANY.

SUPREME COURT PRACTICE.—*Presumption.—Decision of Trial Court.*—
Where the court instructed the jury to return a verdict for the ap-
pellee, and the evidence is not in the record, the presumption in
favor of the action of the trial court must prevail on appeal.

From the Sullivan Circuit Court.

*W. C. Hultz,* for appellant.

*J. E. Iglehart, E. Taylor, J. T. Hays* and *H. J. Hays,*
for appellee.

COFFEY, J.—At the conclusion of the evidence in this
cause, the court directed the jury to return a verdict for
the appellee, which was done.

The evidence is not in the record. We must presume
in favor of the ruling of the circuit court, that the evi-
dence was not sufficient to authorize a verdict for the ap-
pellant. If such was the character of the evidence, the
court did not err in directing a verdict for the defend-
ant. *Dodge* v. *Gaylord,* 53 Ind. 365; *Vance* v. *Vance,* 74
Ind. 370; *Washer* v. *Allensville, etc., Turnpike Co.,* 81 Ind.
78; *McClaren, Admr.,* v. *Indianapolis, etc., R. R. Co.,*
83 Ind. 319; *Purcell* v. *English,* 86 Ind. 34.

Judgment affirmed.

Filed Jan. 23, 1894.